IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EMPIRE FIRE & MARINE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 05-606-SLR |
| JENNIFER AUSTIN, ZACHARY JON DANIELS, EUGENE SMALLWOOD, and THERESA SMALLWOOD, | ) ) ) ) | |
| Defendants. | ) ) | |

**O R D E R**

At Wilmington this 30th day of March, 2006,

IT IS ORDERED that, on or before **April 27, 2006,**

plaintiff shall show cause why the above-captioned action should

not be dismissed for failure to timely serve process on

defendants pursuant to Federal Rule of Civil Procedure 4(m), or

otherwise prosecute the matter.  FAILURE TO TIMELY RESPOND TO

THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.


_____
United States District Judge